# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**  
**Richard D. Bennett**  
**United States District Judge**  
**Northern Division**

**U.S. Courthouse**  
**101 W. Lombard Street**  
**Baltimore, MD 21201**  
**Tel: 410-962-3190**  
**Fax: 410-962-3177**

October 6, 2008

MEMORANDUM TO COUNSEL

    Re:    USA v. Renardo Robinson  
              <u>Criminal No. RDB-07-0317</u>

Dear Counsel:

      I am in receipt of Mr. Christopher's letter of October 3, 2008 requesting that the Court impose Mr. Robinson's sentence at the time of his rearraignment on October 14, 2008. Please be advised that I will only take the plea on October 14. However, I will grant an expedited sentence to be conducted in early to mid December.

                                            Sincerely,

                                            /s/

                                            Richard D. Bennett  
                                            United States District Judge

Enclosure

c:    U. S. Probation Office

RDB/daf